■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES FISCHER, Appellant.—Judgment, Supreme Court, New York County, rendered on February 15, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Sullivan, J. P., Lupiano, Silverman and Bloom, JJ.

## (May 29, 1980)

■ EDGAR MOSER, INC., Petitioner, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—Determination of the State Human Rights Appeal Board, dated September 4, 1979, unanimously confirmed, without costs and without disbursements. See CPLR 321 (subd [a]). No opinion. Concur—Murphy, P. J., Birns, Fein, Markewich and Lupiano, JJ.